UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 20-10542-DMG (PVCx)** | Date December 21, 2020 |
| Title *Omar Luna v. Keang Hong, et al.* | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

     In light of Plaintiff's Notice of Voluntary Dismissal filed on December 17, 2020 [Doc. # 11], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Order to Show Cause dated December 11, 2020 is discharged. [Doc. # 10.]

IT IS SO ORDERED.